[No. 22702–5–I.   Division One.   February 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. AGA KANAA GUMA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–00194–1, Norma Smith Huggins, J., entered August 8, 1988. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 8465–5–III.   Division Three.   February 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERTA M. WITTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 86–1–00018–9, Larry M. Kristianson, J., entered January 27, 1987. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 9782–0–III.   Division Three.   February 6, 1990.]

MARIE JENNESS, *Appellant,* v. SAFECO INSURANCE COMPANY OF AMERICA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–01305–0, Kathleen M. O'Connor, J., entered December 16, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.